**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

SHARON MILSTEAD,

    Plaintiff,

v.                                                                              Case No. 2:20-cv-92-KS-MTP

TD BANK USA, N.A.,
LVNV FUNDING LLC,
CREDIT ONE BANK, N.A.,
EQUIFAX INFORMATION
SERVICES LLC,

    Defendants.

---

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the parties have agreed to settle all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Plaintiff will present dismissal documents to the Court as soon as possible. Plaintiff requests that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.

    Respectfully submitted,

    *s/Joshua R. Kersey*
    Joshua R. Kersey
    *Admitted Pro Hac Vice*
    MORGAN & MORGAN, PA
    201 North Franklin Street, 7th Floor
    Tampa, Florida 33602
    Telephone: (813) 225-5505
    Facsimile: (813) 222-2490
    JKersey@ForThePeople.com
    AWynne@ForThePeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on the following counsel of record:

**Monte L. Barton, Jr.**
HAGWOOD AND TIPTON
monte@bartonpllc.com
*Counsel for T.D. Bank, N.A.*

**R. Frank Springfield**
BURR & FORMAN LLP
fspringfield@burr.com
*Counsel for LVNV Funding LLC and Credit One Bank, N.A.*

**Stacey Moore Buchanan**
JONES WALKER LLP
sbuchanan@joneswalker.com
*Counsel for Equifax Information Services LLC*


                                                *s/Joshua R. Kersey*
                                                Joshua R. Kersey