UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| SHARON MILSTEAD,  )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>TD BANK USA, N.A.; LVNV FUNDING LLC; )<br>CREDIT ONE BANK, N.A.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br> )<br>**Defendants.** ) | CIVIL ACTION NO.<br>2:20-CV-92-KS-MTP |

## JOINT STIPULATION OF DISMISSAL

**COME NOW,** Plaintiff Sharon Milstead ("Plaintiff") and Defendants LVNV Funding LLC ("LVNV") and Credit One Bank, NA ("COB"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against LVNV and COB only in the above-styled action, with Plaintiff, LVNV and COB to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of September, 2020.

*s/ Joshua R. Kersey (w/permission)*
Joshua R. Kersey
Admitted Pro Hac Vice
Morgan & Morgan, PA
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  (813) 225-5505
Facsimile:  (813) 222-2490
jkersey@forthepeople.com

Attorney for Plaintiff
SHARON MILSTEAD

44103449 v1

/s/ R. Frank Springfield
R. Frank Springfield (MS Bar #100518)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

Attorney for Defendants
LVNV FUNDING LLC AND CREDIT ONE BANK, NA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 10th day of September, 2020:

William Graves
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211

Joshua R.. Kersey
MORGAN & MORGAN, PA - Tampa
One Tampa City Center, Suite 700
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Stacey Moore Buchanan
JONES WALKER, LLP - Jackson
190 East Capitol St., Suite 800 (39201)
P. O. Box 427
Jackson, MS 39205-0427

Monte L. Barton , Jr.
HAGWOOD AND TIPTON
213 Draperton Dr., Suite A
Ridgeland, MS 39157

/s/ R. Frank Springfield
OF COUNSEL