## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

SHARON MILSTEAD,

     Plaintiff,

v.                                       Case No. 2:20-cv-92-KS-MTP

TD BANK USA, N.A.,
LVNV FUNDING LLC,
CREDIT ONE BANK, N.A.,
EQUIFAX INFORMATION
SERVICES LLC,

     Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sharon Milstead and Defendant TD Bank, N.A. ("TD Bank") and Defendant Equifax Information Services LLC ("Equifax"), by and though undersigned counsel, hereby stipulate to dismissal of all claims against TD Bank and Equifax, from this action with prejudice.  Each party to bear its own attorney fees and costs of court.

DATED: September 11, 2020           RESPECTFULLY SUBMITTED,

| | |
|---|---|
| _s/ Joshua R. Kersey_ | _s/ Stacey Moore Buchanan_ |
| Joshua R. Kersey | Stacey Moore Buchanan |
| Florida Bar No. 087578 | MSB No. 103882 |
| MORGAN & MORGAN, PA | JONES WALKER LLP |
| 201 North Franklin Street, 7th Floor | 190 East Capital Street, Suite 800 (39201) |
| Tampa, Florida 33602 | Post Office Box 427 |
| Telephone: (813) 225-5505 | Jackson, Mississippi 39205 |
| Facsimile:  (813) 222-2490 | Telephone: (601) 949-4900 |
| JKersey@ForThePeople.com | Telecopy: (601) 949-4804 |
| AWynne@ForThePeople.com | sbuchanan@joneswalker.com |
| _Attorney for Plaintiff_ | _Attorney for Equifax Information Services LLC_ |

*s/ Monte L. Barton Jr.*
Monte L. Barton, Jr.
MSB No. 2095
HAGWOOD AND TIPTON
213 Draperton Drive, Suite A
Ridgeland, Mississippi 39157
Main: 601-608-6300
Fax: 601-362-3642
monte@bartonpllc.com
mbarton@hatlawfirm.com
*Attorney for TD Bank, N.A.*